■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARSHALL TUCKER, Appellant. [992 NYS2d 897]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Condon, J.), imposed January 12, 2012, upon his plea of guilty, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed.

The defendant's purported waiver of his right to appeal was invalid (*see People v Lopez*, 6 NY3d 248, 257 [2006]; *People v DeSimone*, 80 NY2d 273, 283 [1992]; *People v Jackson*, 114 AD3d 807, 808 [2014]), and, thus, does not preclude review of his excessive sentence claim. However, contrary to the defend-

ant's contention, the sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Eng, P.J., Rivera, Austin, Cohen and Barros, JJ., concur.